IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEX HIGGINBOTTOM, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:11CV02042 RWS |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

So Ordered
[signature] USDJ
9/10/14

**DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs, by and through their attorneys, and hereby dismiss *with prejudice* their claim against Barnes-Jewish Hospital, each party to bear their own costs.

MEYERKORD & MEYERKORD, LLC


/s/ Brian D. Kurth
Brian D. Kurth,        #59651MO
bdk@meyerkordlaw.com
MEYERKORD & MEYERKORD, LLC
171 Park Avenue
St. Louis, MO  63104
(314) 436-9958 (Telephone)
(314) 446-4700 (FAX)
Attorney for Plaintiffs